# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:04CR115

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | **ORDER** |
| ) | |
| MERLE LEROY ADAMS, JR., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

THIS CAUSE coming on to be heard and being heard before the undersigned, Dennis L. Howell, United States Magistrate Judge for the Western District of North Carolina, upon a motion to withdraw filed herein by the defendant's counsel, Carol Ann Bauer, which was filed on March 17, 2005 and a letter written by the defendant to the court dated April 18, 2005 and filed on May 3, 2005. At the call of this matter on for hearing and after hearing arguments of Ms. Bauer, the defendant advised that he did not wish for the court to grant Ms. Bauer's Motion to Withdraw. The defendant advised that he was satisfied with Ms. Bauer's services and that he wished to withdraw the letter that he had sent to the court dated April 18, 2005 and filed on May 3, 2005. As a result and for good cause shown, it is **ORDERED** that:

1. That the Motion to Withdraw as counsel of record filed by Carol Ann Bauer as counsel for the defendant is hereby **DENIED.**

**Signed: May 10, 2005**

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge