# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:04cr115

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Vs. ) | **ORDER** |
| ) | |
| **MERLE LEROY ADAMS, JR.** ) | |
| _____ ) | |

**THIS MATTER** is before the court upon defendant's Request for Correction of Order Dated May 26, 2005. Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendant's Request for Correction of Order Dated May 26, 2005, is **ALLOWED,** and such Order is so amended to reflect that such withdrawn plea was straight up as opposed to written.

**Signed: June 2, 2005**

*Dennis L. Howell*
Dennis L. Howell
United States Magistrate Judge